8

Fred JENKINS v. STATE. (No. 10748.) (Court of Criminal Appeals of Texas. Jan. 12, 1927.) Appeal from District Court, McLennan County; Richard I. Munroe, Judge. Sam D. Stinson, State's Atty., of Austin, and Robt.

M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. From a conviction for theft, with the punishment assessed at two years' confinement in the penitentiary, this appeal was taken. Appellant now files his affidavit, advising this court that he no longer desires to prosecute the appeal, and complying with his request, the appeal is ordered dismissed.